## Limitations On Information A CRA Can Provide

- Sterling Has An Obligation To Provide The Most Up To Date Accurate Information
- If Nationwide Database Is Used, If Such Database Is Not Up To Date, Must Advise Subject Via Letter That Information That May Not Be Up To Date Is Included In Report

▲▲ STERLING

16

jackson|lewis.

## Limitations On Information A CRA Can Provide

- Multi-State Issues
- ▲ No Clear Answers

17 ▲ STERLING

jackson|lewis.

## Specific Procedures End Users Must Follow

- Consent and Disclosure

- Pre-Adverse Action

- Adverse Action

STERLING

jackson|lewis.

18

## Consent And Disclosure

(2) Disclosure to consumer.

(A) In general. Except as provided in subparagraph (B), a person may not procure a consumer report, or cause a consumer report to be procured, for employment purposes with respect to any consumer, unless--

*(i) a clear and conspicuous disclosure has been made in writing to the consumer at any time before the report is procured or caused to be procured, in a document that consists solely of the disclosure, that a consumer report may be obtained for employment purposes; and*

*(ii) the consumer has authorized in writing (which authorization may be made on the document referred to in clause (i)) the procurement of the report by that person.*



19

▲▲ STERLING

jackson lewis.

## Consent And Disclosure For Consumer Reports

- Consent Can Be Accomplished Via A Signed Employment Application, Etc

- However, A Separate Stand-Alone Disclosure Is Mandated

- Since A Separate Stand-Alone Disclosure Is Mandated, To Best Demonstrate Consent, A Signed Stand-Alone Consent and Disclosure Is Recommended

- Practically, A Separate Document Also Is Logical Due To The Need To Obtain Additional Information Such As Date of Birth

jackson lewis.

STERLING

20

## Consent And Disclosure For Consumer Reports

- Be Careful Of Extraneous Information On Stand-Alone Disclosure
- Remember Statutory Goal – To Ensure Individuals Understand A Report Is Being Obtained

21

STERLING

jackson lewis.

## Consent And Disclosure For Investigative Consumer Reports

- Statute Provides That Consent Form Must Contain A Box For The Consenting Individual To Check If He/She Wants Further Information Regarding The Scope Of The Report And/Or A Copy Of The Summary of Rights

- If The Box Is Checked, The Company Or Sterling Must Forward A Letter To The Individual Setting Forth The Scope Of The Check

- Distribution Of Summary of Consumer Rights With Consent In All Instances Is A Best Practice

jackson lewis.

22
STERLING

## Consent And Disclosure – State Law Issues – i.e.,

- California- All Reports Generally Analogous to Investigative Consumer Reports
  - ▲ Specific Language As To Specific Subjects Of Requested Report And Right to Obtain Copy Of Report Specifically Required
- Minnesota- Check the Box Feature
- Oklahoma- Check the Box Feature
- Others

23 ▲ STERLING

**jackson|lewis.**

## Sterling's Model Form

- Sterling's Model Form Is Intended To Cover Both Types Of Reports While Easing Employer Obligations
- And To Allow One National Form
- Summary Of Rights Provided With Consent
- Scope Of Checks Expressed To All
- State Law Caveats

△ STERLING

24

jackson|lewis.

## Consent And Disclosure – Additional Issues

- Continuing Consent
  - ▲ Permissible Under FCRA With Consumer Reports
    - ▪ Recommend Obtaining New Consent With Rehired Employees
  - ▲ Not Recommended For Investigative Consumer Reports Due To Practical Compliance Issues
  - ▲ Strongly Not Recommended In California For Any Reports Due To Statutory Language, Practical Compliance Issues And Pro-employee Nature Of California Law

jackson lewis.

25
▲ STERLING