## FTC Action

- Data Furnisher Regulations
- ▲ Must Ensure Accurate Information Is Provided To CRA's
- ▲ Internal Policy Requirement
- ▲ Obligation To Address Disputes
- ▲ Definite Issue For Companies That Use Third Parties To Provide Responses To Reference

jackson lewis.  STERLING
46

## FTC Action

- Proposed Revisions To Summary of Rights and Other Summaries – *Sterling Will Monitor*

▲ STERLING

47

jackson|lewis.

## Resources

⏵ Sterling And Jackson Lewis Strive To Assist.

▲ Resource Library

▲ Your Sterling Representative

▲ Sterling's Compliance Department

▲ The Sterling/Jackson Lewis Helpline

48
△△ STERLING

jackson|lewis.

## THANK YOU FOR YOUR TIME

- We Hope The Program Was Informative.
- Speak To You In December For The Final Program Of The Year

**Legal Update 2010**

- Questions

jackson|lewis.

△ STERLING

49

THE MATERIAL CONTAINED IN THIS PRESENTATION WAS PREPARED BY THE LAW FIRM OF JACKSON LEWIS LLP FOR THE ATTENDEES' OWN REFERENCE IN CONNECTION WITH THIS SEMINAR. SINCE THE MATERIAL AND RELATED DISCUSSIONS ARE INFORMATIONAL AND EDUCATIONAL IN NATURE AND REPRESENT THE SPEAKER'S OWN VIEWS, ATTENDEES SHOULD CONSULT WITH COUNSEL BEFORE TAKING ANY ACTIONS AND SHOULD NOT CONSIDER THESE MATERIALS OR RELATED DISCUSSIONS TO BE LEGAL OR OTHER ADVICE. PROFESSIONAL ADVICE SHOULD BE OBTAINED BEFORE ATTEMPTING TO ADDRESS ANY LEGAL SITUATION OR PROBLEM.

▲ STERLING

50

jackson|lewis.