AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

JUDGE MARRERO

| | |
|---|---|
| Scott Ernst, individually and as representative of the putative classes,<br>*Plaintiff*<br>v.<br>DISH Network, LLC, DISH Network Service, LLC, and Sterling Infosystems, Inc.,<br>*Defendant* | ) ) ) ) ) ) ) ) )  Civil Action No.  12 CV 8794 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sterling Infosystems, Inc., 254 W 31st St, 6th Floor, New York NY 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nichols Kaster, PLLP
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: DEC 0 4 2012

*Signature of Clerk or Deputy Clerk*

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF NEW YORK |
|---|---|

| | |
|---|---|
| Scott Ernst, individually and as representative of the putative classes<br>　　　　　　　　　　　　　　　　Plaintiff,<br>v.<br>DISH Network, LLC, et al.<br>　　　　　　　　　　　　　　　　Defendant, | Court File Number<br>12-CV-8794<br><br>AFFIDAVIT OF SERVICE |

State of New York } SS
County of New York }

**Frederick Pringle**
(Name of Server)
, being duly sworn, on oath says that on
**12 / 11** /2012 at **1:40 P** M
(Date of Service)   (Time of Service)

s(he) served the attached: Summons; Complaint with Exhibits; Civil Cover Sheet; Supplemental Documents

upon: Sterling Infosystems, Inc.

therein named, personally at:   249 West 17th Street
　　　　　　　　　　　　　　　　6th Floor
　　　　　　　　　　　　　　　　New York, NY 10011

by handling to and leaving with:
[ ] the Registered Agent of Sterling Infosystems, Inc.
[ ] an Officer of Sterling Infosystems, Inc.
[ ] a Managing Agent, someone within Sterling Infosystems, Inc. whose management capacity is such that (s)he exercises independent judgment and discretion

**BETH CORDERO**                                **Receptionist**
(Name of the Person with whom the documents were left)   (Title or Relationship)

a true and correct copy thereof.

Subscribed and Sworn to before me
**12/14** /2012.

_(Signature of Notary)_                **Frederick Pringle**
　　　　　　　　　　　　　　　　　　　(Signature of Server)

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

Serial # NICKAA 110715 1315
Re: 11525-01

* Service was completed by an Independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994   F (612) 332-5215