UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT ERNST, individually and as a representative of the classes,<br><br>                              Plaintiff,<br><br>        v.<br><br>DISH NETWORK, LLC, DISH NETWORK SERVICE, LLC, and STERLING INFOSYSTEMS, INC.,<br><br>                              Defendants. | 12 Civ. 8794 (VM) |

**RULE 7.1 STATEMENT FOR DEFENDANT STERLING INFOSYSTEMS, INC.**

In accordance with Fed. R. Civ. Proc. 7.1, Defendant Sterling Infosystems, Inc. ("Defendant Sterling") states that its parent corporation is Sterling Infosystems Holdings, Inc., which is a wholly owned subsidiary of Sterling Holdings Ultimate Parent, Inc. No publicly held corporation owns 10% or more of the stock of Defendant Sterling.

                                                            Respectfully submitted,

                                                            JACKSON LEWIS LLP
                                                            666 Third Avenue
                                                            New York, New York 10017
                                                            (212) 545-4000

Dated: February 4, 2013         By:     s/ Richard I. Greenberg
       New York, New York               Richard I. Greenberg


                                                            ATTORNEYS FOR DEFENDANT STERLING
                                                            INFOSYSTEMS, INC.