

**E. Michelle Drake**  4600 IDS Center
Direct: (612) 256-3249  80 South Eighth Street
Fax: (612) 338-4878  Minneapolis, MN 55402
drake@nka.com  (877) 448-0492

December 12, 2014

<u>**VIA CM/ECF**</u>
Hon. Lorna G. Schofield
United States District Judge
500 Pearl Street
New York, NY 10007

      RE:    *Ernst v. DISH Network, LLC, et al.,* **Case No. 12-cv-8794-LGS**

Your Honor:

Plaintiff and Defendant Sterling Infosystems, Inc. ("Sterling") submit this joint letter to respectfully request that the Court extend the deadline for the parties to file a motion for preliminary approval of the class action settlement by one week. The parties have made significant progress regarding the material terms of the settlement, but need additional time to finalize issues relating to settlement administration and other logistical details.

Currently, the deadline for Plaintiff and Sterling to file a motion for preliminary approval is set for Monday, December 15, 2014. The parties request that the deadline be extended to Monday, December 22, 2014.

                                  Respectfully submitted,

                                  **NICHOLS KASTER, PLLP**

                                <u>/s/E. Michelle Drake</u>
                                E. Michelle Drake
                                *Attorney for Plaintiff*

                                **LECLAIRRYAN, P.C.**

                                <u>/s/Megan S. Ben'Ary</u>
                                Megan S. Ben'Ary
                                *Attorney for Sterling Infosystems, Inc.*

      cc:      Counsel of Record (via ECF)