UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT ERNST, individually and as a representative of the classes,<br><br>          Plaintiff,<br><br>-against-<br><br>DISH NETWORK, LLC, DISH NETWORK SERVICE, LLC, AND STERLING INFOSYSTEMS, INC.<br><br>          Defendants. | Case No.: 12 CIV 8794(LGS)<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANT STERLING INFOSYSTEMS, INC.** |

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiff Scott Ernst ("Plaintiff") respectfully moves the Court for an Order: (1) preliminarily approving the Settlement; (2) approving the proposed Notices of Settlement and authorizing distribution of the Notice via first class mail; (3) certifying the proposed settlement classes; (4) designating Plaintiff's Counsel as Class Counsel; (5) designating Plaintiff as class representative; and (6) scheduling a final approval hearing.

This Motion is unopposed by Defendant Sterling Infosystems, Inc.

Dated: January 9, 2015        NICHOLS KASTER, PLLP

                  /s/E. Michelle Drake
                  NICHOLS KASTER, PLLP
                  Michele R. Fisher, NY Bar No. MF4600
                  E. Michelle Drake, MN Bar No. 387366*
                  Joseph C. Hashmall, MN Bar No. 392610**
                  Megan D. Yelle, MN Bar No. 390870*
                     *admitted *pro hac vice*
                     **pro hac vice* pending
                  4600 IDS Center
                  80 South Eighth Street
                  Minneapolis, MN 55402
                  Telephone: (612) 256-3200
                  Fax: (612) 215-6870

fisher@nka.com
drake@nka.com
jhashmall@nka.com
myelle@nka.com

NICHOLS KASTER, LLP
Adam Hansen, MN Bar No. 391704*
    *admitted *pro hac vice*
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (612) 256-3200
Fax: (612) 215-6870
ahansen@nka.com

ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASSES