```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SCOTT ERNST, individually and as representative :
of the classes,                                 :
                            Plaintiff,          :
                                                :      12 Civ. 8794 (LGS)
              -against-                         :
                                                :          ORDER
DISH NETWORK, LLC, et al.                       :
                            Defendants.         :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS Plaintiff filed an unopposed motion for the preliminary approval of a class action settlement with Defendant Sterling Infosystems, Inc.

It is hereby **ORDERED** that the parties shall appear for a conference to discuss this motion on **April 1, 2015**, at **10:50 a.m.** in Courtroom 1106, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: March 3, 2015
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**