UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
SCOTT ERNST,

                Plaintiff(s),

-against-

DISH NETWORK, LLC, *et al.,*

                Defendant(s).
------------------------------------------------------------- X

12 Civ. 8794 (LGS)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/13/2015

LORNA G. SCHOFIELD, District Judge:

    WHEREAS a hearing was held on April 1, 2015, concerning Plaintiff's unopposed Motion for Preliminary Approval of Class Action Settlement with Defendant Sterling Infosystems, Inc.

    It is hereby ORDERED that the parties shall jointly call chambers at (212) 805-0288 at 4:30 p.m. on April 14, 2015 for a telephone conference concerning the proposed form of notice.

Dated: April 13, 2015
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE