UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT ERNST, individually and as a representative of the classes,

                        Plaintiff,

-against-

DISH NETWORK, LLC, DISH NETWORK SERVICE, LLC, AND STERLING INFOSYSTEMS, INC.

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/15

Case No.: 12 CIV 8794(LGS)

## STIPULATION AND ~~PROPOSED~~ ORDER RE: NOTICE MAILING DATE

Plaintiff Scott Ernst ("Plaintiff") and Defendant Sterling Infosystems, Inc. ("Sterling") (collectively the "parties"), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, on April 22, 2015, the Court granted preliminary approval of the parties' settlement (ECF No. 175);

WHEREAS, based on the schedule set forth in the parties' Settlement Agreement, and approved by the Court's April 22 Order, Notice was scheduled to be mailed to the Settlement Classes on May 22, 2015;

WHEREAS, the Notice preliminarily approved by the Court includes certain modifications and enhancements intended to improve the notice process, including the use of colored paper, colored ink, and a colored envelope, as requested by the Court in prior conferences;

WHEREAS, the Settlement Administrator is working with a vendor to achieve the enhanced specifications of the Notice;

WHEREAS, the Administrator and the vendor have advised the parties that further time is required before Notice can be mailed;

WHEREAS, the parties, based on the representations of the Administrator, have agreed that the Notice mailing date should be moved to June 2, 2015, which accordingly moves the Objection, Opt Out, and MVR Claim Form Postmark deadlines to July 31, 2015, but does not affect the Final Fairness Hearing set for September 2, 2015;

WHEREFORE, the parties STIPULATE and AGREE that Notice should be mailed by June 2, 2015, and all subsequent deadlines should move accordingly, but the Final Fairness Hearing should remain set for September 2, 2015, at 9:30 AM Eastern.

STIPULATED TO:

Dated: May 19, 2015

NICHOLS KASTER, PLLP
Michele R. Fisher, NY Bar No. MF4600
E. Michelle Drake, MN Bar No. 0387366*
Megan D. Yelle, MN Bar No. 0390870*
Joseph C. Hashmall, MN Bar No. 392610**
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
fisher@nka.com
drake@nka.com
myelle@nka.com
jhashmall@nka.com

**SO ORDERED**

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: May 21, 2015
       New York, New York

NICHOLS KASTER, LLP
Adam Hansen, MN Bar No.391704*
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Fax: (415) 277-7238
ahansen@nka.com
*admitted *pro hac vice*
**_pro hac vice_ motion pending

ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASSES

Date: May 19, 2015

/s/ LECLAIR RYAN
LECLAIR RYAN
Charles K. Seyfarth
Meagan A. Mihalko
Riverfront Plaza – East Tower
951 E Byrd St, 8th Floor
Richmond, VA 23219
(admitted *pro hac vice*)

Megan S. Ben'Ary
2318 Mill Rd, Suite 1100
Alexandria, VA 22314
(admitted *pro hac vice*)

Robert W. Hellner
Stephen M. Forte
885 Third Ave, 16th Floor
New York, NY 10022

ATTORNEYS FOR STERLING INFOSYSTEMS, INC.