UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

SCOTT ERNST, SEAN DENTON, and NEIL
TROTTER, individually and as a
representative of the classes,

                                    Plaintiffs,

                    -against-

DISH NETWORK, LLC, DISH NETWORK
SERVICE, LLC, AND STERLING
INFOSYSTEMS, INC.

                                    Defendants.

---------------------------------------------------------

Case No.: 12 CIV 8794(LGS)

**PLAINTIFF ERNST'S
UNOPPOSED MOTION FOR
ATTORNEYS' FEES, COSTS,
AND NAMED PLAINTIFF
SERVICE AWARD**

 

Class Counsel and Plaintiff Scott Ernst respectfully move the Court for an Order:

(1)     Awarding Class Counsel one-third of the settlement fund ($1,583,333.33) in attorneys' fees;

(2)     Awarding Class Counsel out-of-pocket costs in the amount of $67,356.76; and

(3)     Awarding Named Plaintiff Ernst a Service Award in the amount of $5,000.

This Motion is unopposed by Defendant Sterling Infosystems, Inc.

Dated: July 16, 2015                         NICHOLS KASTER, PLLP

                                             /s/E. Michelle Drake
                                             NICHOLS KASTER, PLLP
                                             Michele R. Fisher, NY Bar No. MF4600
                                             E. Michelle Drake, MN Bar No. 387366*
                                             Joseph C. Hashmall, MN Bar No. 392610**
                                             Megan D. Yelle, MN Bar No. 390870*
                                                     *admitted *pro hac vice*
                                                     ***pro hac vice* pending
                                             4600 IDS Center
                                             80 South Eighth Street
                                             Minneapolis, MN 55402
                                             Telephone: (612) 256-3200
                                             Fax: (612) 215-6870
                                             fisher@nka.com

1

drake@nka.com
jhashmall@nka.com
myelle@nka.com

NICHOLS KASTER, LLP
Adam Hansen, MN Bar No. 391704*
        *admitted *pro hac vice*
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (612) 256-3200
Fax: (612) 215-6870
ahansen@nka.com

ATTORNEYS FOR PLAINTIFF AND THE
PUTATIVE CLASSES