USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTT ERNST, NEIL TROTTER, and SEAN DENTON, individually and as a representative of the classes,

                         Plaintiffs,

-against-

DISH NETWORK, LLC, DISH NETWORK SERVICE, LLC, AND STERLING INFOSYSTEMS, INC.

                         Defendants.

Case No. 12 Civ. 8794 (LGS)

**ORDER ADJOURNING FINAL FAIRNESS HEARING AND AUTHORIZING ISSUANCE OF SUPPLEMENTAL SETTLEMENT NOTICE**

---

WHEREAS, by Order dated April 22, 2015 (Dkt. No. 175) (the "Preliminary Approval Order"), the Court granted Plaintiff Scott Ernst's unopposed motion for preliminary approval of a class action settlement with Defendant Sterling Infosystems, Inc. ("Sterling") and scheduled a Final Fairness Hearing;

WHEREAS, by letter motion dated August 13, 2015 (Dkt. No. 205), Plaintiff and Sterling move to adjourn the final fairness hearing and send a supplemental settlement notice.

It is hereby ORDERED that:

1. The Final Fairness Hearing is rescheduled for **November 10, 2015 at 5:00 p.m.**, in Courtroom 1106, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

2. The Settlement Administrator shall research mailing address information for those certain class members whose initial notices were returned as undeliverable, and re-mail supplemental notices to the new addresses obtained for those certain class members within ten (10) days of this Order.

3. The remaining settlement-related deadlines outlined in the Preliminary Approval Order in preparation for the Final Fairness Hearing are modified follows:

| Event | Time Period | Date |
|---|---|---|
| Class Counsel to File Final Approval Brief | October 15, 2015 | October 15, 2015 |
| Claims Postmark Deadline For All Class Members | 60 days after Notice Mailing | October 23, 2015 |
| Objections Postmark Deadline For Class Members Receiving Supplemental Notice | 60 days after Notice Mailing | October 23, 2015 |
| Opt-Out Postmark Deadline For Class Members Receiving Supplemental Notice | 60 days after Notice Mailing | October 23, 2015 |
| Receipt Deadline for Opt-Outs, Objections or Claims without Postmarks or with Illegible Postmarks | 7 days after Postmark Deadlines | October 30, 2015 |
| Class Counsel to File Copies of Additional Objections Received | 3 days after Receipt Deadline | November 2, 2015 |
| Class Counsel to Submit Supplemental Filing Updating Court as to Claims Rate and Responding to Any Additional Objections | 3 days after Receipt Deadline | November 2, 2015 |
| Final Approval Hearing | 11 days after Receipt Deadline | November 10, 2015 |

It is further ORDERED that all other terms specified in the Preliminary Approval Order remain in effect.

SO ORDERED.

Dated: August 14, 2015
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE