```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SCOTT ERNST, et al.,                                        :
                                  Plaintiffs,               :
                                                            :         12 Civ. 8794 (LGS)
             -against-                                      :
                                                            :         ORDER
DISH NETWORK, LLC, et al.,                                  :
                                  Defendants.               :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, on August 3, 2016, a conference was held. For the reasons stated at the conference, it is hereby

   **ORDERED** that the parties shall file a motion for preliminary approval of their settlement by August 22, 2016. It is further

   **ORDERED** that a hearing on the motion for preliminary approval will be held on September 7, 2016, at 10:30 a.m.


Dated: August 3, 2016
       New York, New York

                                        _____
                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**