UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT ERNST, SEAN DENTON, and NEIL TROTTER, individually and as representatives of the classes,<br><br>                                    Plaintiffs,<br><br>        -against-<br><br>DISH NETWORK, LLC, DISH NETWORK SERVICE, LLC, AND STERLING INFOSYSTEMS, INC.<br><br>                                    Defendants. | Case No.: 12 CIV 8794(LGS)<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiffs Scott Ernst, Sean Denton, and Neil Trotter will bring a motion for preliminary approval of class-action settlement on September 7, 2016 at 10:30 a.m. before Judge Lorna G. Schofield, United States Courthouse, 40 Foley Square, New York, New York, in Courtroom 1106.

This motion will be made upon the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Declaration of Joseph C. Hashmall and exhibits, and all of the files, records, and proceedings in this case.

Dated: August 25, 2016                BERGER & MONTAGUE, P.C.

/s/ E. Michelle Drake
E. Michelle Drake, MN Bar No. 387366*
Joseph C. Hashmall, MN Bar No. 392610**
        *admitted *pro hac vice*
        **pro hac vice* pending
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
Fax: (612) 584-4470
emdrake@bm.net
jhashmall@bm.net

ATTORNEYS FOR PLAINTIFFS AND THE CLASSES

1