UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/7/2016
```

-----------------------------------------------------------X
                               :

SCOTT ERNST, et al.,                   :

                       Plaintiffs,    :              12 Civ. 8794 (LGS)

                             :

          -against-         :             ORDER

                             :

DISH NETWORK, LLC, et al.,        :

                             :

                    Defendants. :

------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on September 7, 2016, a conference was held concerning Plaintiffs'

unopposed motion for preliminary approval of a class action settlement agreement ("the

Agreement") with Defendants DISH Network L.L.C. and DISH Network Service L.L.C.  For the

reasons stated at the conference, it is hereby

      **ORDERED** that, by September 14, 2016, Plaintiffs shall file:

      1.  A chart with a breakdown of actual or estimated amounts for (a) the total settlement

fund, (b) the Claims Administrator's fee, (c) the Claims Administrator's costs and expenses, (d)

attorneys' fees, costs and expenses, (e) named Plaintiffs' service fees, (f) any other deductions

from the settlement fund before payment to class members, (g) anticipated recovery for each of

the subclasses in the aggregate, by class, and per subclass member and (h) any assumptions used

in calculating these figures;

      2. A proposed timeline with the dates and periods referenced or anticipated in the

Agreement;

      3. A letter motion to appoint a Claims Administrator and

      4. Revised versions of the parties' proposed Mail Notice and Claim Form and proposed

Long Form Notice incorporating edits from the September 7, 2016, conference.  Plaintiffs shall

also file redlined versions of these documents reflecting the changes made to the parties' prior

submissions.  It is further

   **ORDERED** that by September 14, 2016, Plaintiffs shall email Chambers a Word version

of their proposed order granting preliminary approval of the Agreement.


Dated: September 7, 2016
   New York, New York

             LORNA G. SCHOFIELD
            UNITED STATES DISTRICT JUDGE