```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/09/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTT ERNST, SEAN DENTON, and NEIL TROTTER, individually and as representatives of the classes,

                          Plaintiffs,

-against-

DISH NETWORK, LLC, DISH NETWORK SERVICE, LLC, AND STERLING INFOSYSTEMS, INC.

                          Defendants.

Case No.: 12 CIV 8794(LGS)

**[PROPOSED] ORDER AUTHORIZING CY PRES DISTRIBUTION**

In accordance with the parties' Settlement Agreement and this Court's Final Approval Order, the distribution of the balance of uncashed checks, totaling $66,941.58, is AUTHORIZED to be distributed equally to the two Cy Pres Recipients, Southern Coalition for Justice and the Legal Aid Foundation of Colorado.

**SO ORDERED.**

Dated: August 9, 2017
       New York, New York

                                          **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**